UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA COOK, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, SHAWN COOK, JR. | CIVIL ACTION NO. 11-0140 |
| versus | JUDGE DONALD E. WALTER |
| KIRKMAN GROUP, INC., ET AL | MAGISTRATE JUDGE KAREN HAYES |

### PLAINTIFF'S MOTION TO REMAND CASE BACK TO STATE DISTRICT COURT TO CONSIDER PETITION FOR APPROVAL OF MINOR'S SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Melissa Cook, Individually and on behalf of her minor son, Shawn Cook, Jr., who respectfully represents that:

I.

This litigation was originally filed in state court, Suit Number 98,978, Division A, 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, and was removed to federal court as the instant action.

II.

The parties have reached a settlement agreement of all claims, including those of the minor child, Shawn Cook, Jr., but pursuant to state law a court must approve the proposed settlement. La. C.C.P. art. 4272.

III.

Typically, the trial judge who is assigned the underlying tort case considers the Petition for Approval and makes any orders that are in the best interest of the minor child.

IV.

Accordingly, plaintiffs respectfully suggest this matter should be remanded to the state district court, Suit Number 98,978, Division A, 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, for the limited purpose of considering and ruling on the Petition for Approval of Minor's Settlement.

V.

Counsel for the defendants do not have any objection to this request.

**WHEREFORE**, premises considered, Plaintiff requests the Court grant the instant motion and remand this matter to the state district court, Suit Number 98,978, Division A, 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, for the limited purpose of considering and ruling on the Petition for Approval of Minor's Settlement.

Respectfully Submitted:

**McGLYNN, GLISSON & MOUTON**

By: _s/ Benjamin P. Mouton_
**BENJAMIN P. MOUTON #20305**
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821-1909
(225) 344-3555
(225) 344-3666-Facsimile

### CERTIFICATE OF MAILING

I hereby certify that a true and accurate copy of the above and foregoing pleading and the proposed Motion has been electronically transmitted and mailed, by U.S. Mail, postage prepaid, to all counsel of record herein.

Baton Rouge, Louisiana this 10th day of December, 2013.

Benjamin P. Mouton

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA COOK, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, SHAWN COOK, JR.<br><br>versus<br><br>KIRKMAN GROUP, INC., ET AL | CIVIL ACTION NO. 11-0140<br><br>JUDGE DONALD E. WALTER<br><br>MAGISTRATE JUDGE KAREN HAYES |

### **ORDER**

Considering the foregoing unopposed Motion to Remand,

IT IS ORDERED that this matter is hereby REMANDED back to the state district court, Suit Number 98,978, Division A, 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, for the limited purpose of considering and ruling on the Petition for Approval of Minor's Settlement.

THUS DONE AND SIGNED at _____, Louisiana, this ____ day of December, 2013.

_____
JUDGE, Middle District of Louisiana