UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA COOK, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, SHAWN COOK, JR. | CIVIL ACTION NO. 11-0140 |
| | JUDGE DONALD E. WALTER |
| versus | |
| KIRKMAN GROUP, INC., ET AL | MAGISTRATE JUDGE KAREN HAYES |

### ORDER

Considering the foregoing unopposed Motion to Remand,

IT IS ORDERED that this matter is hereby REMANDED back to the state district court, Suit Number 98,978, Division A, 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, for the limited purpose of considering and ruling on the Petition for Approval of Minor's Settlement.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 16 day of December, 2013.

_____
JUDGE, Middle District of Louisiana